# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 355 EAL 2014
:
                Respondent :
                              : Petition for Allowance of Appeal from the
                              : Order of the Superior Court
        v. :
:
:
:
REGINALD PEARSALL, :
:
                Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 21st day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.